No. 85–1625. PEARL INVESTMENT CO. *v.* CITY AND COUNTY OF SAN FRANCISCO. C. A. 9th Cir. Certiorari denied.

No. 85–1665. PROBE ET AL. *v.* CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1667. RHODE *v.* SAN JACINTO COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 85–1684. COLLETTI ET AL. *v.* COUNTY OF PRINCE WILLIAM, VIRGINIA. Cir. Ct. Prince William County, Va. Certiorari denied.

No. 85–1686. BUSSANICH ET AL. *v.* UNITED STATES LINES, INC. Ct. App. N. Y. Certiorari denied.

No. 85–1692. LOVELACE *v.* AMETEK, INC. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 85–1699. LASALLE NATIONAL BANK OF CHICAGO, TRUSTEE, ET AL. *v.* COUNTY OF DUPAGE ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–1700. FIRST FIDELITY BANCORPORATION ET AL. *v.* PARELL, COMMISSIONER OF BANKING OF THE STATE OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–1701. POWELL *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1705. FELDER *v.* SEAFARERS' INTERNATIONAL UNION OF NORTH AMERICA ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1706. CLARK *v.* INDIANA DEPARTMENT OF PUBLIC WELFARE ET AL. Ct. App. Ind. Certiorari denied.

No. 85–1709. CROSS *v.* GENERAL MOTORS CORP. ET AL. C. A. 8th Cir. Certiorari denied.